FILED

2020 MAR -2  AM 9:33

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:19-cr-79-Orl-40LRH
    49 U.S.C. § 46306(b)(7)

RUDOLPH J. OELOFSE

### SUPERSEDING INFORMATION

The United States charges:

### COUNT ONE

On or about January 8, 2018, in the Middle District of Florida, and elsewhere, the defendant,

RUDOLPH J. OELOFSE

did knowingly and willfully serve and attempt to serve in any capacity as an airman without an airman's certificate authorizing him to serve in that capacity. This violation was related to transporting a controlled substance by aircraft.

In violation of 49 U.S.C. § 46306(b)(7).

                MARIA CHAPA LOPEZ
                United States Attorney

                Shawn P. Napier
                Assistant United States Attorney

                Sara C. Sweeney
                Assistant United States Attorney
                Deputy Chief, Orlando Division